FILED
CLERK, U.S. DISTRICT COURT

MAR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOSE BRITO-LOPEZ, aka Jose Brito,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL, et al.,<br><br>Respondents. | No. ED CV 07-181-AHM (PLA)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Respondent's Motion to Dismiss is granted as to the named respondents.
3. Petitioner's Motion for Leave to Amend is granted.

/

/

4. The Petition shall be dismissed with leave to amend.

5. The clerk shall serve this order on all counsel or parties of record.

DATED: March 21, 2008

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE