**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSE BRITO-LOPEZ, aka Jose Brito, ) | No. ED CV 07-181-AHM (PLA) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| ERIC H. HOLDER, JR., U.S. ATTORNEY ) GENERAL, et al., ) | |
| Respondents. ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is dismissed without prejudice.

DATED: May 12, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE